[Cite as *7/18/2003 Case Announcements*, 2003-Ohio-3865.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 18, 2003*

## MOTION AND PROCEDURAL RULINGS

**1988–0351.   State v. Cooey.**
Summit App. No. CA12943. Upon consideration of appellant's pro se motion for leave to file a pro se motion to suspend S.Ct.Prac.R. XI(2)(A)(1) and appellant's pro se motion to suspend S.Ct.Prac.R. XI(2)(A)(1),

IT IS ORDERED by the court that the motions be, and hereby are, denied.

MOYER, C.J. and O'DONNELL, J., dissent.

O'CONNOR, J., not participating.

Upon consideration of appellant's pro se motion for leave to file a pro se motion for stay of execution and appellant's pro se motion for stay of execution,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

MOYER, C.J, and O'DONNELL, J., would grant the motion for leave to file.

O'CONNOR, J., not participating.

**2003–1239.   State v. Cooey.**
Summit App. No. 12943. This cause is an appeal as of right from a decision of the court of appeals under App.R. 26(B) in a case involving the death penalty. On July 17, 2003, appellant filed a notice of appeal in this case and a motion to stay the execution of sentence in Supreme Court case No. 1988–0351, the appeal arising out of appellant's conviction and sentence. The execution of appellant's sentence in case No. 1988–0351 is currently set for July 24, 2003. It appearing to the court that expedited review of this appeal is warranted,

IT IS ORDERED by the court, sua sponte, that the Clerk shall dispense with the ordering of the record from the court of appeals.

IT IS FURTHER ORDERED that the parties shall each file a brief addressing the merits of this appeal on or before 12:00 noon on July 22, 2003. No responsive briefing shall be permitted.

[Cite as *07/22/2003 Case Announcements*, 2003-Ohio-3884.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 22, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0798.   Tacohio Dev. L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals Nos. 2003–T–211, 2003–T–213, 2003–T–215 and 2003–T–217. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and it hereby is, granted, and appellant's merit brief is due on or before August 18, 2003.

**2003–1147.   Non–Employees of Chateau Estates Resident Assn. v. Chateau Estates, Ltd.**
Clark App. No. 2002CA68. This cause is pending before the court as a discretionary appeal. On July 17, 2003, appellees filed a memorandum opposing motion for stay of court of appeals' judgment that was due July 10, 2003. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, sua sponte, that the memorandum opposing motion for stay of court of appeals' judgment be, and it hereby is, stricken.